DANIEL J. BRODERICK, Bar #89424
Federal Defender
LAUREN D. CUSICK, Bar #FL 0014255
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
EDUARDO VARGAS-TELLEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-320-LKK |
| ) Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| EDUARDO VARGAS-TELLEZ ) | Date:  September 16, 2008 |
| ) | Time:  9:30 a.m. |
| Defendant. ) | Judge: Lawrence K. Karlton |
| _____ ) | |

It is hereby stipulated between the parties, Daniel S. McConkie, Assistant United States Attorney, attorney for plaintiff, and Lauren D. Cusick, Assistant Federal Defender, attorney for defendant, EDUARDO VARGAS-TELLEZ, that the status conference set for August 26, 2008 be reset for September 16, 2008 at 9:30 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue defense investigation, and to interview our client and other witnesses.

It is further stipulated that the period from August 26, 2008 through and including September 16, 2008 should be excluded pursuant to

/ / /

1  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
2  counsel and defense preparation.
3  Dated:  August 21, 2008                Respectfully submitted,
4                                          DANIEL J. BRODERICK
                                           Federal Defender
5
6                                          /s/ Lauren Cusick
                                           LAUREN D. CUSICK
7                                          Assistant Federal Defender
                                           Attorney for Defendant
8                                          EDUARDO VARGAS-TELLEZ
9
   Dated:  August 21, 2008                MCGREGOR W. SCOTT
10                                         United States Attorney
11
                                           /s/ Lauren Cusick for
12                                         DANIEL S. McCONKIE
                                           Assistant U.S. Attorney
13                                         per telephonic authorization
14

15                                **O R D E R**

16  IT IS SO ORDERED.
17  Dated:   August 22, 2008
18
19
20  LAWRENCE K. KARLTON
    SENIOR JUDGE
21  UNITED STATES DISTRICT COURT
22
23
24
25
26
27
28

Stip and Order/Javier Torres-Cisneros     2