```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LAUREN D. CUSICK, Bar #FL 0014255
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    EDUARDO VARGAS-TELLEZ
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    )  No. CR-S-08-320-LKK
                                 )
13             Plaintiff,        )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
14       v.                      )
                                 )
15  EDUARDO VARGAS-TELLEZ        )  Date:  October 7, 2008
                                 )  Time:  9:15 a.m.
16             Defendant.        )  Judge: Lawrence K. Karlton
    _____)
17
```

18      It is hereby stipulated between the parties, Daniel S. McConkie,

19 Assistant United States Attorney, attorney for plaintiff, and Lauren D.

20 Cusick, Assistant Federal Defender, attorney for defendant, EDUARDO

21 VARGAS-TELLEZ, that the status conference set for September 16, 2008 be

22 reset for October 7, 2008 at 9:15 a.m.

23      This continuance is being requested because defense counsel

24 requires additional time to review the recently received proposed plea

25 agreement with the defendant and to continue to review discovery,

26 continue defense investigation, and to interview our client and other

27 witnesses.

28      It is further stipulated that the period from August 26, 2008

through and including October 7, 2008 should be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

Dated:  September 12, 2008          Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Lauren Cusick
                                    LAUREN D. CUSICK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    EDUARDO VARGAS-TELLEZ


Dated:  September 12, 2008          MCGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Lauren Cusick for
                                    DANIEL S. McCONKIE
                                    Assistant U.S. Attorney
                                    per telephonic authorization


**O R D E R**

IT IS SO ORDERED.

Dated: September 16, 2008

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT